Form B6A
(10/05)

In re. Wass, Nathan J. &  
Wass Alyson M.

Case No. 06-12174
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 765 Depot Lane Quakertown, PA 18951 | fee simple | J | $260,000 | $240,000 |

Total of This Page ▶ $260,000

Page ____ of ____

Form B6B
(10/05)

In re Wass, Nathan J. &  
Wass Alyson M.

Case No. 06-12174  
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Possession of Debtors | J | $30 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking & Savings accounts at Navy Federal Credit Union -(j)  Checking & Savings accounts at Federal FCU (j) - $20.00 Commerce Bank (w) - $1,000 | J | $1,020 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household items none worth in excess of $475.00 per item. | J | $6,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | | Misc. books, pictures, collectiables and other art objects | J | $475 |
| 6. Wearing apparel. | | Misc. items of wearing apparel | J | $475 |
| 7. Furs and jewelry. | | Misc. items of gold & costume jewelry and 1/2 carat diamond solitare | W | $500 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Set of used skies | H | $100 |

Form B6B-Cont'd
(10/05)

In re  Wass, Nathan J. &
       Wass Alyson M.

Case No. 06-12174
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | H | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest (s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give | X | | | |

MacForms (509) 535-4382

Form B6B-Cont'd
(10/05)

In re: Wass, Nathan J. &
Wass Alyson M.

Case No. 06-12174
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X X | | | |

| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevrolet Silverado Truck 2500 - (subject to a $25,000 lien) $23,000.00<br>2004 Jeep Grand Cherokee -(subject to a $28,000.00 lien) - $16,000..00 | | $39,000 |
|---|---|---|---|---|

MacForms (509) 535-4382

Form B6B-Cont'd
(10/05)

In re  Wass, Nathan J. &  
        Wass Alyson M.

Case No. __06-12174__
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | paramedic equipment | | $100 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Chocolate Lab | | $200 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

| | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |

MacForms (509) 535-4382

Form B6B-Cont'd
(10/05)

In re  Wass, Nathan J. &
       Wass Alyson M.

Case No. __06-12174__
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |  |
|---|---|---|
|  | Total of Continuation Sheet |  |
| _____ continuation sheets attached    Total ▶ (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | $ | 47,900 |

MacForms (509) 535-4382

Form B6B-Cont'd
(10/05)

In re. Wass, Nathan J. &
Wass Alyson M.

Case No. 06-12174
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

|  | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
|  |  |  |  |  |

Official Form B6C
(10/05)

In re  Wass, Nathan J. &
       Wass Alyson M.
       Debtor/Codebtor

Case No. 06-12174
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. § 522(b)(2):
☐ 11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 765 Depot Lane Quakertown, Pa | 11 USC § 522 (d)(1) | $20,000 | $20,000 |
| Cash and bank accounts | 11 USc § 522 (d)(5) | $1,020 | $1,020 |
| Household objects and art objects | 11 USC § 522 (d)(3) | $6,475 | $6,475 |
| Clothing | 11 USC § 522 (d)(3) | $475 | $475 |
| Jewlery | 11 USC § 522 (d)(4) | $500 | $500 |
| set of skis | 11 USC § 522 (d)(5) | $100 | $100 |
| 2003 Chevrolet Silverado No equity. Debt erxceeds value of car | 11 USC § 522 (d)(2) | | |
| 2004 Jeep Grand Cherokee no equity. debt exceeds value of the car | 11 USC § 522 (d)(5) | | |
| Paramedic equipment | 11 USC § 522 (d)(6) | $100 | $100 |
| dog | 11 USC § 522 (d)(5) | $200 | $200 |

FORM B6D (10/05)

FORM B6D (10/05)

Case 06-12174-dws   Doc 6   Filed 05/30/06   Entered 05/30/06 10:48:06   Desc Main Document   Page 9 of 18

In re _____ Case No. _____
(if known)

# SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO.  <br>Wells Fargo Bank N.A  <br>10790 Rancho Bernardo Road  <br>San Diego, CA 92127 | | J | Mortgage  <br><br>VALUE $ 260,000 | | | | $247,280 | |
| ACCT NO. 102475431  <br>Wells Fargo Financial New Jersey, Inc.  <br>P.O. Box 13460  <br>Philadelphia, PA 19101-3460 | | H | Loan on 2004 Jeep Grand Cherokee  <br><br>VALUE $ 16,000 | | | | $28,000 | |
| ACCT NO.  <br>Wells Fargo Financial New Jersey, Inc.  <br>P.O. Box 13460  <br>Philadelphia, PA 19101-3460 | | | Loan on 2003 Chevrolet Silverado Truck  <br><br>VALUE $ 23,000 | | | | $23,000 | |
| | | | Total of All Pages of Schedule D | | | | $298,280 | |

Page 1

Form B6E
(10/05)

In re  Wass, Nathan J. &
       Wass Alyson M.                                    Case No. _____
       ─────────────────────────                                       (if known)
       Debtor/Codebtor

# SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of

In re _____                                              Case No. _____
                                                                                                    (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

Individual debtors with primarily consumer debts: If any claim is or may be predominantly nondischargeable under §§ 523(a)(8), (a)(15), or (a)(18) of the Bankruptcy Code (11 U.S.C. § 101 et seq.), place and "X" in the column labeled "PND" and total the amounts of these claims separately. Designating a claim as "PND" is not intended to be an admission by the debtor concerning the dischargeability of any particular scheduled debt. For example, a debt of the kind described in §523(a)(15) of the Code would not be discharged in a chapter 7 case, but may be discharged in a chapter 13 case. Nevertheless, a debtor filing under any chapter should mark a §523(a)(15) debt as "PND." The designation is for statistical purposes only and will enable the courts to report to Congress concerning the amount of debt scheduled "in categories which are predominantly nondischargeable," as required by 28 U.S.C. § 159(c)(3)(C).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of "PND" claims listed on each sheet in the box labeled "Subtotal of PND Claims" and the total of ALL claims listed on each sheet (including "PND" claims) in the box labeled "Subtotal of All Claims." On the last sheet of the completed Schedule F, report also the total of all "PND" claims listed in this schedule in the box labeled "Total of all "PND" Claims" and the total of ALL claims listed in this schedule (including "PND" claims) in the box labeled "Total of All Claims." Report these totals also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 4227093718803459 | | W | collection account | | | | | $2,009 |
| Applied Card Services c/o Douglas M. Marinos & Associates, P.C. 101 N. Cedar Crest Bl. Allentown, PA 18104 | | | | | | | | |
| ACCT NO. 5424180516314629 | | H | collection account | | | | | $4,991 |
| Citibank (SD) NA c/o GC Services Limited Partnership Collection Agegency Division 6330 Gulfton Houston, TX 77081 | | | | | | | | |

Page 1

In re _____                                        Case No. _____
(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 68794501290006198801<br>Dell Financial Services<br>c/o Primary Financial Services<br>3115 N. 3rd Avebue Suite 112<br>Phoenix, AZ 85013 | | H | collection account | | | | | $1,345 |
| ACCT NO. 5490994997969944<br>Hilco Receivables, LLC/MBNA<br>c/o Apex FInancial Management, LLC<br>P.O. Box 2189<br>Northbrook, IL 60065-2189 | | H | collection account | | | | | $7,274 |
| ACCT NO. 4103387223020<br>Macy's/FDS Bank<br>c/o Omni Credit Services of Florida, Inc.<br>P.O Box 23381<br>Tampa, FL 33623-3381 | | H | collection account | | | | | $2,012 |
| ACCT NO. 50360246030<br>Nextel Communications<br>c/o NCO Financial Systems, Inc.<br>P.O. Box 13955 Dept. 53<br>Philadelphia, PA 19101 | | H | collection account | | | | | $3,183 |
| ACCT NO. 5049948072063144<br>Sears/LVNV Funding<br>c/o Ventus Capital Services<br>P.O. Box 4635<br>Chersterfiled, MO 63006 | | H | collection account | | | | | $1,489 |

Page  2

In re _____ Case No. _____
(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 926209740090<br>Target National Bank- FKA Retailers<br>c/o Alliance One Receivables Management Inc.<br>4850 Street Road Level C<br>Trevose, PA 19053 | | H | collection account | | | | | $667 |
| ACCT NO. 1219420906<br>Texaco<br>c/o National Financial Systems, Onc.<br>600 W. John Street<br>P.O. Box 9046<br>Hicksville, NY 11802-9046 | | H | collection account | | | | | $594 |

Total of PND Claims ▶ $ _____

Total of ALL Claims ▶ $ $23,564

Page 3

Official Form B6G
(10/05)

In re Wass, Nathan J. &
Wass Alyson M.

Case No. _____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE, WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_____ continuation sheets attached

**In re**. Wass, Nathan J. & 
Wass Alyson M.

**Case No.** _____
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

[X] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Official Form B6I
(10/05)

| In re | Wass, Nathan J. & Wass Alyson M. | Case No. _____ |
|---|---|---|
| | Debtor/Codebtor | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP   Sammantha Allen (8), Natalie Wass (4) Katelin Wass (1) | AGE |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Paramedic | Housewife |
| Name of Employer | Plymouth Ambulance | |
| How long employed | 2 weeks | |
| Address of Employer | Plymouth Meeting, PA | |

Income: (Estimate of monthly income as of the filing of the petition)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,200.00 | $ |
| 2. Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 3,200.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 685.00 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify: _____) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 685.00 | $ |
| 3. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,515.00 | $ |
| 4. Regular income from operation of business or profession or farm (Attach detailed statement.) | $ | $ |
| 5. Income from real property | $ | $ |
| 6. Interest and dividends | $ | $ |
| 7. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| 8. Social security or other government assistance (Specify:) | $ | $ 520.00 |
| 9. Pension or retirement income | $ | $ |
| 10. Other monthly income (Specify)   US Navy Reserves | $ 192.00 | $ |
| | $ | $ |
| 11. SUBTOTAL OF INCOME REPORTED ON LINES 4 THROUGH 10 | $ 2,707.00 | $ 520.00 |
| 12. TOTAL MONTHLY INCOME (Add amounts shown on Lines 3 through 11.) | | |

TOTAL COMBINED MONTHLY INCOME   $ 3,227.00   (Report also on Summary of Schedules)

Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

Official Form B6J
(10/05)

In re   Wass, Nathan J. &   Case No. _____
Wass Alyson M.   (if known)
Debtor/Codebtor

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)   $   2,200.00
    Are real estate taxes included?   Yes __x__   No _____
    Is property insurance included?   Yes __x__   No _____
2. Utilities: a. Electricity and heating fuel   $   450.00
    b. Water and sewer   $   40.00
    c. Telephone   $   200.00
    d. Other _____   $   100.00
3. Home maintenance (repairs and upkeep)   $   50.00
4. Food   $   500.00
5. Clothing   $   100.00
6. Laundry and dry cleaning   $ _____
7. Medical and dental expenses   $   100.00
8. Transportation (not including car payments)   $   600.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $ _____
10. Charitable contributions   $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's   $ _____
    b. Life   $   30.00
    c. Health   $ _____
    d. Auto   $   170.00
    e. Other _____   $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____   $ _____
13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto   $   650.00
    b. Other  Jeep Grand Cherokee   $   602.00
    c. Other _____   $ _____
14. Alimony, maintenance, and support paid to others   $ _____
15. Payments for support of additional dependents not living at your home   $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ _____
17. Other _____   $ _____
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   $   5,792.00
19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
20. STATEMENT OF MONTHLY NET INCOME
    a. Total projected monthly income   $ _____
    b. Total projected monthly expenses   $ _____
    c. Monthly net income (a. minus b.)   $ _____

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*

Official Form 6 - Decl.
(10/05)

In re Wass, Nathan J. &
Wass Alyson M.
Debtor/Codebtor:

Case No. _____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
*(Total shown on summary page plus 1.)*

Date _29 may 06_                     Signature: _Nathan J. Wass_
                                                        *Debtor*
Date _5/26/06_                       Signature: _Alyson M. Wass_
                                                        *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Telephone:

Address

X_____                             _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
*(Total shown on summary page plus 1.)*

Date _____

Signature: _____

[Print or type name of individual signing on behalf of debtor.]